

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INDICTMENT FOR VIOLATIONS
OF THE FEDERAL GUN CONTROL ACT

**FELONY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **23-24** |
| v. | * | SECTION: **SECT. A MAG. 1** |
| MICHAEL WILLIAMS  NOLAN LONG, JR. | * | VIOLATIONS: 18 U.S.C. § 922(g)(1)  18 U.S.C. § 924(a)(8) |
| | * | |

\* \* \*

The Grand Jury charges that:

## COUNT 1

On or about January 10, 2023, in the Eastern District of Louisiana, the defendant, **MICHAEL WILLIAMS**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on February 11, 2015, in Orleans Parish Criminal District Court, State of Louisiana, Case No. 523074, for simple burglary, in violation of La R.S. 14:62; convictions on October 13, 2017, in Orleans Parish Criminal District Court, State of Louisiana, Case No. 534227, for possession of a firearm or weapon by a felon, in violation of La R.S. 14:95.1, and illegal carrying of a weapon, second conviction, in violation of La R.S. 14:95(C); and convictions on May 26, 2021, in Orleans Parish Criminal District Court,

X Fee USA
___Process_____
X Dktd_____
___CtRmDep_____
___Doc.No._____

State of Louisiana, Case No. 544956, for simple robbery, in violation of La R.S. 14:65, and possession of a firearm or weapon by a felon, in violation of La R.S. 14:95.1, did knowingly possess a firearm, to wit: a Glock 43, 9mm semi-automatic pistol, bearing serial number BGCN163, said firearm having been in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2

On or about January 10, 2023, in the Eastern District of Louisiana, the defendant, **NOLAN LONG, JR.**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: convictions on August 20, 2009, in Orleans Parish Criminal District Court, State of Louisiana, Case No. 483695, for simple robbery, in violation of La R.S. 14:65; and a conviction on October 16, 2014, in Orleans Parish Criminal District Court, State of Louisiana, Case No. 519914, for possession of a firearm or weapon by a felon, in violation of La R.S. 14:95.1, did knowingly possess a firearm, to wit: a Walther P22, .22 caliber semi-automatic pistol, bearing serial number WA340842, said firearm having been in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 and 2 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **MICHAEL WILLIAMS**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offense, including but not limited to any of the following:

> Glock 43, 9mm semi-automatic pistol, bearing serial number BGCN163

3. As a result of the offense alleged in Count 2, the defendant, **NOLAN LONG, JR.**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offense, including but not limited to any of the following:

> Walther P22, .22 caliber semi-automatic pistol, bearing serial number WA340842

4. If any of the above-described property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendants up to the value of said property.

DUANE A. EVANS
UNITED STATES ATTORNEY



DAVID M. BERMAN
Assistant United States Attorney
MA Bar No. 685917
NY Bar No. 5175708

New Orleans, Louisiana
February 2, 2023

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT
Eastern  District of  Louisiana
_____ Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

**MICHAEL WILLIAMS**
**NOLAN LONG, JR.**

## INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONROL ACT

**VIOLATIONS:**  18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

Filed in open court this _____ day of _____ A.D. 2023.

_____ Clerk

Bail, $ _____



**DAVID M. BERMAN**
Assistant United States Attorney